RECEIVED
MAY 18 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

To: All Counsel of Record

Issued By: Judge Rebecca F. Doherty

Re: Tommie Maturin, et al. v. B P America Production Co, et al.
Civil Action No. 04-2455

Date: May 18, 2007

## MINUTE ENTRY

Pending before the Court is a Motion for Summary Judgment on American Zurich's Complaint of Intervention [Doc. 55], filed on behalf of defendant, BP America Production Company (BP). The motion is opposed by American Zurich. Counsel on behalf of BP and American Zurich contacted Chambers to advise the motion should be withdrawn at the present time. Accordingly, the motion [Doc. 55] is hereby **DENIED as MOOT**.