RECEIVED

MAY 1 7 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| TOMMIE JAMES MATURIN AND ALICE JANE MATURIN | * | CIVIL ACTION NO. CV04-2455-L0 |
| VERSUS | * | JUDGE REBECCA DOHERTY |
| B.P. AMERICA PRODUCTION COMPANY WILKERSON OPERATIONS AND PARKER PNEUMATIC | * * | MAGISTRATE JUDGE HILL JURY TRIAL REQUESTED |

**************************************************************

### ORDER FOR RULE 54 (b) CERTIFICATION

Considering the Motion for Rule 54(b) Certification by Conbraco Industries, Inc. ("Conbraco"), and there being no just reason for delay in the entry of a final judgment dismissing all claims against Conbraco;

IT IS HEREBY ORDERED that the Court's Order of April 23, 2007 dismissing all claims against Conbraco in the captioned matter, with prejudice, be, and is hereby, certified as a final judgment under the provisions of Federal Rule of Civil Procedure 54(b).

THUS DONE AND SIGNED in Chambers in Lake Charles, Louisiana, on this 17 day of May, 2007.

_____
Judge, United States District Court